UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FEDERAL TRADE COMMISSION,**

    **Plaintiff,**

v.                                                      Case No: 6:17-cv-2048-Orl-41LRH

**HIGHER GOALS MARKETING LLC,
SUNSHINE FREEDOM SERVICES
LLC, BRANDUN L ANDERSON, LEA
A. BROWNELL, MELISSA M. DEESE,
GERALD D. STARR, JR. , TRAVIS L.
TEEL and WAYNE T. NORRIS,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion for Entry of Default Judgment Against Defendant Higher Goals Marketing LLC ("Motion," Doc. 84). United States Magistrate Judge Leslie R. Hoffman issued a Report and Recommendation (Doc. 88), in which she recommends that the Court grant the Motion.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Motion for Entry of Default Judgment Against Defendant Higher Goals Marketing LLC (Doc. 84) is **GRANTED**.

2. The Report and Recommendation (Doc. 88) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

3. The Proposed Default Judgment and Order for Permanent Injunction and Monetary Judgment Against Higher Goals Marketing LLC (Doc. 84-1) is **ADOPTED** and made a part of this Order.

4. The Clerk is directed to enter judgment in favor of the Federal Trade Commission and against Defendant Higher Goals Marketing LLC, jointly and severally with the other Defendants, in the amount of $3,149,920.34, less any amounts paid by any other Defendants. Thereafter, the Clerk is directed to close this case.

5. The Court retains jurisdiction over this matter for purposes of construction, modification, and enforcement of this Order.

**DONE** and **ORDERED** in Orlando, Florida on November 26, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties